```
                         United States Bankruptcy Court
                               District of Oregon
```

In re:                                                          Case No. 14-33055-elp
Kandi K Hubler                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: rick              Page 1 of 1                   Date Rcvd: Jul 14, 2014
                              Form ID: pdf018         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2014.
```
db          +Kandi K Hubler,    4519 NE 32nd Ave,    Portland, OR 97211-7155
100655394   +AMO Recoveries,    19401 40th Ave W, Ste 130,    Lynnwood, WA 98036-5600
100655391   +Home Depot Citibank,    POB 6497,    Sioux Falls, SD 57117-6497
100655388   +Machol & Johannes LLC,    717 17th St Ste 2300,    Denver, CO 80202-3317
100655392   +Oregon One, Inc.,    5848 SE Milwaukie Ave,    Portland, OR 97202-5256
100655390   +Stellar Recovery Inc,    1327 Highway 2 W Ste 100,    Kalispell, MT 59901-3413
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
100655393   +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2014 00:58:54      GE JCPenney,    POB 965007,
             Orlando, FL 32896-5007
100655396    E-mail/Text: cio.bncmail@irs.gov Jul 15 2014 00:55:23      IRS Centralized Insolvency Operations,
             POB 7346,    Philadelphia, PA 19101-7346
100655389   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2014 00:58:07      LVNV Funding LLC,
             POB 740281,    Houston, TX 77274-0281
100655395   +E-mail/Text: bankruptcy.revenue@oregon.gov Jul 15 2014 00:55:15      ODR Bankruptcy,
             955 Center NE #353,    Salem, OR 97301-2555
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2014 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

**DISTRICT OF OREGON**
**F I L E D**
**July 14, 2014**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

OSADWN (1/27/14) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Kandi K Hubler,** xxx–xx–3767
*Other names used by debtor:* Kaiser
Debtor(s)

Case No. **14–33055–elp7**

ORDER SETTING ASIDE
DISMISSAL, REOPENING
CASE IF CLOSED, AND
FIXING TIME TO FILE
MOTION TO RECONSIDER

It appearing a motion was filed to set aside the order of dismissal previously entered in this case, and after due consideration and for good cause shown,

**IT IS ORDERED** that:

1. The court's order of dismissal is vacated and set aside, the case will be reopened (if closed), the case will continue as a Chapter 7 case, and all reopening/filing fees have been paid.

2. Certain acts and proceedings against each debtor and debtor's property are again stayed as provided in 11 USC §362(a).

3. The court may reconsider the entry of this order if an interested party files both (a) a motion for reconsideration, setting forth the specific grounds for such motion, within 21 days of the "Filed" date above, with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, and (b) attaches a certification that copies of the motion were contemporaneously served on the debtor(s), Trustee, U.S. Trustee, and their respective attorneys.

###